**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNY HWANG, on behalf of herself and all others similarly situated, | Case No: 1:23-cv-05161-KAM-LKE |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| -against- | |
| Nine Moons Piercing, LLC, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Jericho, New York            Englewood, New Jersey
        September 5, 2024            September 5, 2024

**MARS KHAIMOV LAW, PLLC**            **TIMOTHY WEDEEN, COUNSELOR AT LAW**

By: */s/ Mars Khaimov*                By: */s/ Timothy Wedeen*
Mars Khaimov, Esq.                    Timothy Wedeen, Esq.
100 Duffy Ave., Suite 510             61 West Ivy Lane
Hicksville, New York 11801            Englewood, New Jersey 07631
mars@khaimovlaw.com                   timothywedeen@gmail.com
*Attorneys for Plaintiff*             *Attorneys for Defendant*

                                      9.5.2024